GEORGE F. HAZELWOOD CO. *v.* PITSENBARGER, ASSESSOR.

No. 567. Decided December 6, 1965.

*Joseph A. Blundon* for appellant.

*C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *J. Patrick Bower,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MARCHEV ET UX. *v.* TOWNSHIP OF LIVINGSTON.

No. 571. Decided December 6, 1965.

*James T. Dowd* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.